AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Jr., William R | U. S. District Court | 05/04/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☒ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 West Capitol, Room 423 <br> Little Rock, AR 72201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Federal Judges Association |
| 2. Board Member | New Judicial College |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 1:53 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-Employed, Lawyer |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Wild Wings | January 19 - 23, 2006, Gregory, SD (transportation) |
| 2. Wild Wings | September 15 - 18, 2006, Gregory, SD (transportation) |
| 3. Wild Wings | September 20 - 25, 2006, Gregory SD (transportation) |
| 4. Georgia Court of Appeals | October 4 - 6, 2006, Atlanta, GA (transportation, meals, hotel) |
| 5. Sully Flats | November 8 - 12, 2006, Gregory, SD (transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

6.  Old War Horse Lawyers Club          November 15 - 17, 2006, Atlanta, GA (transportation, meals, hotel)

7.  Wild Wings          November 3 - Deceember 4, 2006, Gregory, SD (transportation)

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MBNA | Credit Card | J |
| 2. Chart Bank | Line of Credit | L |
| 3. One Banc | Firm Line of Credit | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hotchkis & Wiley All Cap Value | A | None | K | T | | | | | Stephens, Inc. |
| 2. Alliance Small Cap Growth | A | Dividend | K | T | | | | | Stephens, Inc. |
| 3. Equity 500 Index | B | Dividend | K | T | | | | | Stephens, Inc. |
| 4. Lazard Small Cap Value | B | Dividend | K | T | | | | | Stephens, Inc. |
| 5. Marisco Focus | A | Dividend | K | T | | | | | Stephens, Inc. |
| 6. Mercury Basic Value Equity | C | Dividend | K | T | | | | | Stephens, Inc. |
| 7. Small Company Index | B | Dividend | K | T | | | | | Stephens, Inc. |
| 8. Van Kampen Emerg Mkt Equity | D | Dividend | K | T | | | | | Stephens, Inc. |
| 9. INVESTMENT ACCT: | | | | | | | | | |
| 10. Money Market Fund - automated cash management | A | None | J | T | sold | 8/30 | J | | Stephens, Inc. |
| 11. GE Electric | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 12. American Funds | | None | J | T | buy | 5/11 | J | | Stephens, Inc. |
| 13. -----American Funds | | None | | | sold | 8/30 | K | A | Stephens, Inc. |
| 14. BAC Capital Trust | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 15. J P Morgan Chase | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 16. Seligman Global | | None | J | T | buy | 5/11 | J | | Stephens, Inc. |
| 17. -----Seligman Global | | None | J | T | sold | 8/30 | J | A | Stephens, Inc. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tennessee Valley Authority | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 19. Tennessee Valley Authority | A | Dividend | | | sold | 8/30 | J | | Stephens, Ihc. |
| 20. Stephens Small Cap Growth | | None | K | T | buy | 3/15 | K | | Stephens, Inc. |
| 21. -----Stephens | A | Dividend | | | sold | 8/30 | K | | Stephens, Inc. |
| 22. Windstream Corp | | None | J | T | buy | 6/6 | J | | Stephens, Inc. |
| 23. -----Windstream | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 24. INVESTMENT: | | | | | | | | | |
| 25. Money Market Fund-automated cash management | | None | K | T | buy | 1/10 | K | | Stephens, Inc. |
| 26. -----MMF | | None | K | T | buy | 4/12 | K | | Stephens, Inc. |
| 27. -----MMF | | None | K | T | partial sell | 3/15 | K | | Stephens, Inc. |
| 28. -----MMF | | None | K | T | buy | 4/25 | K | | Stephens, Inc. |
| 29. -----MMF | | None | J | T | partial sell | 5/11 | J | | Stephens, Inc. |
| 30. -----MMF | | None | | | sold | 9/5 | J | D | Stephens, Inc. |
| 31. Alltel | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 32. Anheuser-Busch | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 33. Archer-Daniels-Midland | D | Dividend | | | sold | 8/30 | K | | Stephens, Inc. |
| 34. Diageo PLC | C | Dividend | | | sold | 8/30 | K | | Stephens, Inc. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 36. Intel Corporation | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 37. Mirco Technology, Inc. | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 38. Murphy Oil Corp | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 39. Tyson Foods | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 40. Washington Mutual, Inc. | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc. |
| 41. Power One | A | Dividend | | | sold | 8/30 | J | | Stephens, Inc |
| 42. TA Idex Allocation Fund | A | Dividend | | | sold | 8/30 | K | | Stephens, Inc. |
| 43. MUTUAL FUNDS - RETIREMENT ACCOUNT | | | | | | | | | |
| 44. Allianz OCC | | None | K | T | buy | 9/5 | K | | Stephens, Inc. |
| 45. American Funds Growth | | None | J | T | buy | 9/5 | J | | Stephens, Inc. |
| 46. Blackrock Intl Bond Inv | | None | K | T | buy | 9/5 | K | | Stephens, Inc. |
| 47. Calamos Growth | | None | J | T | buy | 9/5 | J | | Stephens, Inc. |
| 48. Columbia Acorn International | | None | J | T | buy | 9/5 | J | | Stephens, Inc. |
| 49. Dodge and Cox International | | None | J | T | buy | 8/31 | J | | Stephens, Inc. |
| 50. Janus Mid Cap Value Fund | | None | J | T | buy | 8/31 | J | | Stephens, Inc. |
| 51. Pimco Total Return Fund | | None | K | T | buy | 9/5 | K | | Stephens, Inc. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  T Rowe Price Real Estate | | None | J | T | buy | 8/31 | J | | Stephens, Inc. |
| 53.  Royce Total Retrun Fund | | None | K | T | buy | 9/5 | K | | Stephens, Inc. |
| 54.  SSGA Emerging Markets | | None | J | T | buy | 8/31 | J | | Stephens, Inc. |
| 55.  Sentinel Small Company | | None | K | T | buy | 9/5 | K | | Stephens, Inc. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date 5-14-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544